AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICA K. ZUNKEL |
| Date | Signature |
|  | Print Name                                    Bar Number |
|  | Address |
|  | City                    State                    Zip Code |
|  | Phone Number                                  Fax Number |

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Steven Patrick Bernal

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08MJ8466-02
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                ) **CERTIFICATE OF SERVICE**
                                      )
14 | STEVEN PATRICK BERNAL,            )
                                      )
15 |         Defendant.                )
   |_____   )

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov; and

20
                     Frederick Matthew Carroll
21      frederickcarroll@hotmail.com,bratty_77@yahoo.com

22                                      Respectfully submitted,

24 DATED:     May 30, 2008              /s/ Erica K. Zunkel
                                        **ERICA K. ZUNKEL**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Steven Patrick Bernal